A. BIRD, Executor, v. A. B. VAIL et al.

Slaves set free by will are not entitled to freedom until after a compliance with the formalities pre-
scribed by law for the emancipation of slaves. Until these formalities are complied with, they re-
main slaves, and the heirs and not the executor have a right to the possession of them and to their
services and labor. This possession does not preclude the executor from taking the necessary steps
for their emancipation.

APPEAL from the District Court of East Baton Rouge, *Robertson*, J.
The will has the following clause: "It is my request that my execu-
tors set my girl *Jane* free, and give her the money of two notes I have,
each of one hundred dollars."

*J. M. Brunot*, for plaintiff and appellant.   *A. M. Dunn*, for defendant.

CAMPBELL, J.   Plaintiff, as testamentary executor of the last will of *H. C.
Vail*, deceased, sues for the possession of a slave named *Jane*, who was directed
by the testator to be liberated.   Seizin of the slave is not given to the executor
by the will.   The defendants, *Alexander and wife*, disclaim possession, and the
latter, who is one of the heirs of the deceased, releases in favor of *Jane*, any
right to her that she may have.

The defendant *Vail*, who is also one of the heirs of deceased, averring that
he has accepted the succession unconditionally, claims that even though the
slave be entitled to her freedom under the will, which however he denies, he is
entitled to her services, and, consequently, to her possession, until her emanci-
pation shall legally take place.

Judgment was rendered in favor of defendant, dismissing the suit, and plain-
tiff has appealed.

This case, in its important features, is not distinguishable from that of *Nim-
mo et al.* v. *Bonney et al.*, *Executors*, 4 R. 179, in which it was in substance
held, under a similar bequest, that as the slaves did not become absolutely free
by the homologation of the will, but only entitled to their freedom, upon com-
pliance with the formalities prescribed by law for the emancipation of slaves ;
until these formalities were complied with, they remained slaves, and the heirs
had a right, as against the executors, to detain them in possession, and enjoy
their services and labor.   The possession of the slave by the heir, will not pre-
clude the executor from taking all steps, which in law may be necessary, for
her emancipation.

Judgment affirmed, with costs in both courts.